WILLIAM A. SLATER et al., as Trustees under the Will of WILLIAM A. SLATER, Deceased, et al., Appellants, *v.* GULF, MOBILE AND OHIO RAILROAD COMPANY et al., Respondents.

Argued April 21, 1952; decided June 6, 1952.

*Watson Washburn* for appellants.

*Edward K. Hanlon, William R. Meagher, Louis S. Weeks, Jr., Theodore Kiendl* and *Samuel J. Murray* for respondents.

Judgment affirmed, with costs; no opinion.

Concur. LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.